## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | December 14, 2016 at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents David P. Odorisio and Diane M. Odorisio.

2. This is a second interim application for the period February 11, 2015 to November 18, 2016.

3. Previous retainer paid to Applicant: $800.00.

4. Previous interim compensation allowed to Applicant: $7,790.82

5. Applicant requests additional:
   Compensation of $3,702.00.
   Reimbursement of Expenses of $188.30

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio, on December 14, 2016 at 10:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before December 5, 2016, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: November 18, 2016              s/Brian C. Thompson
                                      Brian C. Thompson, Esquire
                                      PA ID No. 91197
                                      THOMPSON LAW GROUP, P.C.
                                      125 Warrendale-Bayne Road, Suite 200
                                      Warrendale, PA 15086
                                      (724) 799-8404
                                      bthompson@thompsonattorney.com