# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | December 14, 2016 at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on November 18, 2016 at Document No. 145 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than December 5, 2016.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 145 be entered by the Court.

Date: <u>December 6, 2016</u>           s/ Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for Debtor(s)
                                        PA ID No. 91197
                                        THOMPSON LAW GROUP, P.C.
                                        125 Warrendale Bayne Rd., Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com