Form 213

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David P. Odorisio**
**Diane M. Odorisio**
 Debtor(s)

Bankruptcy Case No.: 12–23373–GLT
Related to Docket No. 150
Chapter: 13
Docket No.: 151 – 150
Concil. Conf.: March 30, 2017 at 09:00 AM

## <u>ORDER</u>

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 2, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 16, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 30, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 19, 2016

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

### <u>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</u>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23373-GLT
David P. Odorisio                                                   Chapter 13
Diane M. Odorisio
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: ctak              Page 1 of 2            Date Rcvd: Dec 19, 2016
                           Form ID: 213            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
```
db/jdb          +David P. Odorisio,    Diane M. Odorisio,    725 Greenleaf Drive,    Monroeville, PA 15146-1133
cr               Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13413954        +AES,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13454729        +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13446441        +AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
13413955        +Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
13495411        +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13509640        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13413961        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    Processing Center,
                Des Moines, IA 50364-0500)
13970275        +COLLEGE LOAN CORPORATION On behalf of MHEAC,    d/b/a ASA,    c/o Keith Coburn,    MHEAC d/b/a ASA,
                100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
13413956         Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13510475         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13512063         CitiFinancial, Inc.,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
13534921         ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13413959        +Francis S. Hallinan, Esquire,    1617 JKF Blvd., Ste 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103-1823
14084304        +Gateway School District (Municipality of Monroevil,    Keystone Collections Group,
                c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13413963        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13970356        +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13413966        +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
13413967        +Monroeville Tax Office,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2388
14084303        +Municipality of Monroeville,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                546 Wendel Rd.,    Irwin, PA 15642-7539
13413968        +Nisaan Motor Acceptance,    8900 Freeport Pkwy.,    Irving, TX 75063-2441
13417180         Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
13413969        +OneMain Financial,    Bankruptcy Dept.,    PO Box 140069,    Irving, TX 75014-0069
13413970        +Peoples Natural Gas,    PO Box 26784,    Richmond, VA 23261-6784
13413971         Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13694518         United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                Madison, WI  53708-8973
13413972        +Verizon,    PO Box 371355,    Pittsburgh, PA 15250-7355
13575761         eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2016 01:55:53
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13443930         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2016 02:07:09
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13425027         E-mail/Text: mrdiscen@discover.com Dec 20 2016 02:00:15    Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13413957         E-mail/Text: mrdiscen@discover.com Dec 20 2016 02:00:15    Discover Card,    PO Box 71084,
                Charlotte, NC 28272-1084
13413958        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 20 2016 02:01:54    Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13476471        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 20 2016 02:01:54    Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13429888         E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:03    GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13413960        +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:03    GE Capital Retail Bank,
                PO Box 985033,    Orlando, FL 32896-0001
13429889         E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:03    GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13413962        +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:29    JC Penney,    PO Box 981131,
                El Paso, TX 79998-1131
13413964         E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2016 02:00:20    Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
13413965        +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:03    Lowe's,    PO Box 530914,
                Atlanta, GA 30353-0914
13495217         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2016 02:31:40
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13624088        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2016 02:07:25
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13418806         E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2016 01:55:08
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
```

District/off: 0315-2          User: ctak              Page 2 of 2            Date Rcvd: Dec 19, 2016
                             Form ID: 213             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13413973      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2016 01:55:03      Walmart,   PO Box 530927,
               Atlanta, GA 30353-0927
                                                                              TOTAL: 16


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             BANK OF AMERICA, N.A.
cr             Bank Of America, N.A Successor By, et. al.
cr             LSF9 Master Participation Trust
cr*           +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*           +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13693212*      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
                                                                  TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Adam Hart Davis    on behalf of Creditor   Bank Of America, N.A Successor By, et. al.
               pawb@fedphe.com
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Jerome B. Blank    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor   LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 9