**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  David P. Odorisio, | : | Bankruptcy No. 17-23373-GLT |
| Diane M. Odorisio, | : | |
| | : | |
| Debtors. | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO:  CLERK OF BANKRUPTCY COURT

Kindly withdraw the Motion for Discharge and Case Closure at Document No. 157 in the above matter on February 17, 2017, as it was filed in error.

Respectfully submitted,

Dated:  February 17, 2017

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite *200*
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com