# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| David P. Odorisio, | ) | |
| Diane M. Odorisio | ) | |
| | ) | |
| Movants, | ) | **Hearing date and time:** |
| | ) | March 22, 2017 at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTORS' MOTION FOR DISCHARGE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **March 6, 2017**, i.e., no less than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **March 22, 2017 10:00 A.M.** before **The Honorable Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: February 17, 2017               Brian C. Thompson
                                       PA ID: 91197
                                       Thompson Law Group, P.C.
                                       125 Warrendale Bayne Rd., Suite 200
                                       Pittsburgh, PA 15235
                                       (724) 799-8084 Telephone
                                       (724) 799-8409 Facsimile
                                       bthompson@thompsonattorney.com