**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/17/2017

IN RE:

DAVID P. ODORISIO
DIANE M. ODORISIO
725 GREENLEAF DRIVE
MONROEVILLE, PA 15146
XXX-XX-1272         Debtor(s)

XXX-XX-7511

Case No.12-23373 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/17/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:10-2<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*BGN 7/12*DKT4PMT-LMT*AMD*FR B OF A-DOC 91 | CRED DESC: PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.: 9278 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 8,984.84<br>COMMENT: FR AES/CLC/BNY-DOC 23*FR AES/PHEAA-DOC 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7511 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 8,214.11<br>COMMENT: HSBC BNK*FR CPTL ONE*DOC 50 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8109 |
| **DISCOVER BANK(\*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 5,891.78<br>COMMENT: 601114984087/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5887 |
| **DUQUESNE LIGHT COMPANY\***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 72.94<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2001 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,292.79<br>COMMENT: HOME DESIGN/ROOMFL XPRSS/GEMB*FR GECRB-DOC 42 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,761.27<br>COMMENT: CITIBANK/HOME DEPOT*GE CPTL~THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0425 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,317.04<br>COMMENT: JCP/GEMB*FR GECRB*D 68 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2542 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 2,291.61<br>COMMENT: KOHLS*0305132802/SCH*DK! | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2862 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,469.41<br>COMMENT: GECRB/LOWES*79819239125/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5148 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MONROEVILLE WTR/SWG AUTHORITY**<br>MONROEVILLE MUNICIPAL AUTHORITY<br>219 SPEELMAN LN<br>MONROEVILLE, PA  15146 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 02417 |
| **MUNICIPALITY OF MONROEVILLE (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1272:05-06 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660360<br>DALLAS, TX  75266-6360 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,171.49<br>COMMENT: DEFICIENCY*8967/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 407362 |
| **ONE MAIN FINANCIAL****<br>PO BOX 70911<br>CHARLOTTE, NC  28272-0911 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 607383262836 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN: BANKRUPTCY DEPARTMENT<br>225 NORTH SHORE DRIVE STE 300<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 200002240105 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,649.90<br>COMMENT: CITIBNK/SEARS PREMIER CRD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5072 |
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1272 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 287.47<br>COMMENT: GECRB/WALMART*603220313038/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1931 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 9,617.30<br>COMMENT: $CL-PL*AMD*FR B OF A-DOC 91*THRU 6/12 | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 9278 |
| **AMERICAN INFOSOURCE LP AGENT FOR T MOE**<br>PO BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 94.84<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9900 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 21,294.82<br>COMMENT: SCH@CID 2*FR AES/PNC-DOC 24*FR AES/PHEAA-DOC 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7511 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 4,006.85<br>COMMENT: NT/SCH*DK | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 4700 |
| **US DEPARTMENT OF EDUCATION****<br>C/O GREAT LAKES EDUCATIONAL LN SVCS INC<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 10,283.30<br>COMMENT: NT/SCH*STUDENT LOAN 798581 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7511 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 19,385.69<br>COMMENT: NT/SCH*FR MHEAC D/B/A ASA-DOC 110 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7511 |
| **ADAM H DAVIS ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT ST STE 300<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA~COUNTRYWIDE HOME LN SVNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MUNICIPALITY OF MONROEVILLE (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 0.00<br>COMMENT: C=*1310.29-DISALLOWED/DOE*FILED AFTR BAR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1272;09-11 |
| **GATEWAY SD (MONROEVILLE) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: C=700.38~DISALLOWED/DOE*FILD AFT BAR | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1272;09-11 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF AMERICA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0256 |