## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| David P. Odorisio, | ) | |
| Diane M. Odorisio | ) | |
| | ) | |
| Movants, | ) | **Hearing date and time:** |
| | ) | March 22, 2017 at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | | |

### AMENDED PRAECIPE TO WITHDRAW DOCUMENT

TO: CLERK OF BANKRUPTCY COURT

Kindly withdraw the Motion for Discharge and Case Closure at Document No. 157 in the above matter on February 17, 2017, as it was filed in error.

                                              Respectfully submitted,

Dated: February 21, 2017                    /s/Brian C. Thompson, Esquire
                                                          Brian C. Thompson
                                                          PA ID: 91197
                                                          Thompson Law Group, P.C.
                                                          125 Warrendale-Bayne Rd., Suite *200*
                                                          Warrendale, PA 15086
                                                          (724) 799-8404 Telephone
                                                          (724) 799-8409 Facsimile
                                                          bthompson@thompsonattorney.com