FILED
2/22/17 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 12-23373-GLT |
| David P. Odorisio,<br>Diane M. Odorisio, | Chapter 13 |
| Debtors. | Related to Dkt. No. 159 and 164 |
| ----------------------------------------- | |
| David P. Odorisio,<br>Diane M. Odorisio, | |
| Movants, | **Hearing date and time:**<br>March 22, 2017 at 10:00 a.m. |
| vs. | |
| No Respondent. | |

### AMENDED PRAECIPE TO WITHDRAW DOCUMENT

TO:  CLERK OF BANKRUPTCY COURT

Kindly withdraw the Motion for Discharge and Case Closure at Document No. 157 in the above matter on February 17, 2017, as it was filed in error.

Respectfully submitted,

Dated:  February 21, 2017

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite *200*
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

SO ORDERED
February 22, 2017

_____
GREGORY L. TADDONIO cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David P. Odorisio  
Diane M. Odorisio  
    Debtors

Case No. 12-23373-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: aala　　　Page 1 of 1　　　Date Rcvd: Feb 22, 2017  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.  
db/jdb　　　+David P. Odorisio,　Diane M. Odorisio,　725 Greenleaf Drive,　Monroeville, PA 15146-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:

    Adam Hart Davis　　on behalf of Creditor　Bank Of America, N.A Successor By, et. al. pawb@fedphe.com  
    Andrew F Gornall　　on behalf of Creditor　BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
    Brian C. Thompson　　on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
    Brian C. Thompson　　on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com  
    James Warmbrodt　　on behalf of Creditor　BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
    Jerome B. Blank　　on behalf of Creditor　BANK OF AMERICA, N.A. pawb@fedphe.com  
    Keri P. Ebeck　　on behalf of Creditor　LSF9 Master Participation Trust kebeck@weltman.com, jbluemle@weltman.com  
    Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Ashcroft　　on behalf of Creditor　Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10