## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------- | ) | Related to Document No. |
| David P. Odorisio, | ) | |
| Diane M. Odorisio | ) | |
| | ) | |
| Movants, | ) | Hearing date and time: |
| | ) | **March 22, 2017 at 10:00 a.m.** |
| vs. | ) | |
| | ) | |
| No Respondent. | | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR DISCHARGE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Discharge filed on February 17, 2017 at Document No. 159 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than March 6, 2017

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 159 be entered by the Court.

Date: <u>March 8, 2017</u>                    s/ Brian C. Thompson
                                              Brian C. Thompson, Esquire
                                              Attorney for Debtor(s)
                                              PA ID No. 91197
                                              THOMPSON LAW GROUP, P.C.
                                              125 Warrendale Bayne Rd., Suite 200
                                              Warrendale, PA 15086
                                              (724) 799-8404 Telephone
                                              (724) 799-8409 Facsimile
                                              bthompson@thompsonattorney.com