IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/10/17 5:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No. 12-23373-GLT |
| | : | Chapter 13 |
| DAVID P. ODORISIO and | : | Related Dkt. No. 159 |
| DIANE M. ODORISIO, | : | |
| Debtors/Movants. | : | |
| | : | |

## ORDER SCHEDULING CONCILIATION HEARING

This matter is before the Court upon the *Motion for Discharge and Case Closure* [Dkt. No. 159] filed by the Debtors (the "Motion"). An *Order Withdrawing Motion for Discharge* [Dkt. No. 165] was erroneously related to the *Motion* filed at document number 159 when in fact the *Order* withdrew the matter filed at document number 157 and should have been related to document number 157.

**AND NOW**, this 10th day of March 2017, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The *Motion* [Dkt. No. 159] is continued to a conciliation conference to be held on **April 13, 2017** at **3:30 p.m.** in Room 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

Dated:  March 10, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Brian Thompson, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David P. Odorisio  
Diane M. Odorisio  
    Debtors

Case No. 12-23373-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Mar 13, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.  
db/jdb      +David P. Odorisio,    Diane M. Odorisio,    725 Greenleaf Drive,    Monroeville, PA 15146-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:

        Adam Hart Davis   on behalf of Creditor   Bank Of America, N.A Successor By, et. al.  
         pawb@fedphe.com  
        Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Brian C. Thompson   on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,  
         blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
         spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
         torney.com  
        Brian C. Thompson   on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,  
         blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
         spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
         torney.com  
        James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        Jerome B. Blank   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com  
        Keri P. Ebeck   on behalf of Creditor   LSF9 Master Participation Trust kebeck@weltman.com,  
         jbluemle@weltman.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
         rive.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        Thomas Song   on behalf of Creditor   LSF9 Master Participation Trust  
         thomas.song@phelanhallinan.com  
                                                                                                       TOTAL: 11