# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David P. Odorisio, | ) | Bankruptcy No.: 12-23373-GLT |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| LSF9 Master Participation Trust, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | Document No. |
| | ) | |
| David P. Odorisio, | ) | |
| Diane M. Odorisio, | ) | |
| | ) | Related to Document Nos. |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Order of Court entered on February 28, 2017, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears that Debtors' existing plan payment is sufficient to fund the plan, even with the proposed payment change for April 1, 2017.

The new post-petition monthly payment payable to Movant is $960.24, per the Notice dated February 27, 2017. The monthly plan payment is sufficient for the payment change.

Dated: March 20, 2017                /s/Brian C. Thompson, Esquire
                                     Brian C. Thompson
                                     PA ID: 91197
                                     Thompson Law Group, P.C.
                                     125 Warrendale-Bayne Rd., Suite 200
                                     Warrendale, PA 15086
                                     (724) 799-8404 Telephone
                                     (724) 799-8409 Facsimile
                                     bthompson@thompsonattorney.com