# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David P. Odorisio,<br>Diane M. Odorisio, | ) <br> ) <br> ) | Bankruptcy No.: 12-23373-GLT |
| Debtors, | ) <br> ) | Chapter 13 |
| LSF9 Master Participation Trust, | ) <br> ) | |
| Movant, | ) | |
| v. | ) <br> ) | Document No. |
| David P. Odorisio,<br>Diane M. Odorisio, | ) <br> ) <br> ) | Related to Document Nos. |
| and | ) <br> ) | |
| RONDA J. WINNECOUR, Trustee, | ) <br> ) | |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

      I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on March 20, 2017, via electronic communication and/or first class mail postage prepaid:

Dated: March 20, 2017                              /s/Meghan Hodge
                                                                         Meghan Hodge, Paralegal
                                                                         Thompson Law Group, P.C.
                                                                         125 Warrendale Bayne Rd.
                                                                         Suite 200
                                                                         Warrendale, PA 15086
                                                                         (724) 799-8404 Telephone
                                                                         (724) 799-8409 Facsimile
                                                                         mhodge@thompsonattorney.com