**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David P. Odorisio, ) | Bankruptcy No.: 12-23373-GLT | |
| Diane M. Odorisio, ) | | |
| ) | | |
| Debtors, ) | Chapter 13 | |
| ) | | |
| LSF9 Master Participation Trust, ) | | |
| ) | | |
| Movant, ) | | |
| v. ) | Document No. | |
| ) | | |
| David P. Odorisio, ) | | |
| Diane M. Odorisio, ) | | |
| ) | Related to Document Nos. | |
| and ) | | |
| ) | | |
| RONDA J. WINNECOUR, Trustee, ) | | |
| ) | | |
| Respondents. ) | | |

## AMENDED CERTIFICATE OF SERVICE

      I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on March 20, 2017, via electronic communication and/or first class mail postage prepaid:

Thomas Song, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

LSF9 Master Participation Trust
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Dated: March 21, 2017 | /s/Meghan Hodge |
| | Meghan Hodge, Paralegal |
| | Thompson Law Group, P.C. |
| | 125 Warrendale Bayne Rd. |
| | Suite 200 |
| | Warrendale, PA 15086 |
| | (724) 799-8404 Telephone |
| | (724) 799-8409 Facsimile |
| | mhodge@thompsonattorney.com |