Case 12-23373-GLT    Doc 177    Filed 03/22/17    Entered 03/23/17 00:55:01    Desc
Imaged Certificate of Notice    Page 1 of 2

FILED
3/20/17 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| DAVID P. ODORISIO ) | Case No.: 12-23373 |
| DIANE M. ODORISIO ) | |
|    Debtor(s) ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|    Movant, ) | Related Document No. 150 |
|       Vs. ) | |
| DAVID P. ODORISIO ) | Conciliation Conf.: March 30, 2017 at 9:00 a.m. |
| DIANE M. ODORISIO ) | |
|    Respondent(s) ) | |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on December 15, 2016 (document no.150) is hereby WITHDRAWN. Therefore, the hearing scheduled for March 30, 2017 is hereby CANCELLED.

Respectfully submitted,

3-17-2017    /s/ Ronda J. Winnecour
Date    Ronda J. Winnecour (PA I.D. #30399)
      Attorney and Chapter 13 Trustee
      U.S. Steel Tower – Suite 3250
      600 Grant Street
      Pittsburgh, PA  15219
      (412) 471-5566
      cmecf@chapter13trusteewdpa.com

SO ORDERED
March 20, 2017

_____
GREGORY L. TADDONIO
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-23373-GLT
David P. Odorisio                                                   Chapter 13
Diane M. Odorisio
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala                Page 1 of 1              Date Rcvd: Mar 20, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db/jdb         +David P. Odorisio,   Diane M. Odorisio,   725 Greenleaf Drive,   Monroeville, PA 15146-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              Adam Hart Davis    on behalf of Creditor    Bank Of America, N.A Successor By, et. al.
               pawb@fedphe.com
              Andrew F Gornall    on behalf of Creditor     BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor     LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11