# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** DAVID P. & DIANE M. ODORISIO
**Case Number:** 12-23373-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 13, 2017  03:30 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

# 159 - Motion for Discharge and Case Closure (continued from 3/22/17)
R / M #:  159 / 0

## Appearances:

*Lemon*

Debtor:
Trustee: Winnecour / Bedford / (Pail) . Katz
Creditor:

*RECEIVED 2017 APR 18 A 10:39 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: *Order recommended granting discharge. Plan Complete*

4/6/2017     1:22:33PM