Form 148

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| David P. Odorisio | : | Case No. 12–23373–GLT |
| SSN/ITIN: xxx–xx–1272 | : | Chapter: 13 |
| Diane M. Odorisio | : | |
| SSN/ITIN: xxx–xx–7511 | : | |
| 725 Greenleaf Drive | : | |
| Monroeville, PA 15146 | : | |
| *Debtors* | | |

**DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN**

It appearing that the Debtors are entitled to a discharge,

*IT IS ORDERED:*

The Debtors are granted a discharge under *Section 1328(a) of Title 11, United States Code*, (the Bankruptcy Code). This Court retains jurisdiction of the case pending final closure of the case.

BY THE COURT

Dated: April 18, 2017

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**SEE THE NEXT PAGE OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                      Case No. 12-23373-GLT
David P. Odorisio                                           Chapter 13
Diane M. Odorisio
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: amaz              Page 1 of 2          Date Rcvd: Apr 18, 2017
                             Form ID: 148            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db/jdb         +David P. Odorisio,    Diane M. Odorisio,    725 Greenleaf Drive,    Monroeville, PA 15146-1133
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13413954       +AES,   1200 N. 7th Street,    Harrisburg, PA 17102-1419
13446441       +AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
13454729       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13509640       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13413961      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     Processing Center,
                  Des Moines, IA 50364-0500)
13970275       +COLLEGE LOAN CORPORATION On behalf of MHEAC,     d/b/a ASA,   c/o Keith Coburn,    MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,     Boston, MA 02114-2518
13512063        CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
13534921        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13413959       +Francis S. Hallinan, Esquire,    1617 JKF Blvd., Ste 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
14084304       +Gateway School District (Municipality of Monroevil,     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13413963       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13970356       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13413966       +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
13413967       +Monroeville Tax Office,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2388
14084303       +Municipality of Monroeville,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,   Irwin, PA 15642-7539
13413968       +Nisaan Motor Acceptance,    8900 Freeport Pkwy.,    Irving, TX 75063-2441
13417180        Nissan Motor Acceptance Corporation,     PO Box 660366 Dallas TX 75266-0366
13413969       +OneMain Financial,    Bankruptcy Dept.,    PO Box 140069,    Irving, TX 75014-0069
13413970       +Peoples Natural Gas,    PO Box 26784,    Richmond, VA 23261-6784
13694518        United States Department of Education,     Claims Filing Unit,    P O Box 8973,
                 Madison, WI 53708-8973
13413972       +Verizon,    PO Box 371355,    Pittsburgh, PA 15250-7355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Apr 19 2017 00:48:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13443930        EDI: AIS.COM Apr 19 2017 00:48:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
13413955       +EDI: BANKAMER.COM Apr 19 2017 00:48:00      Bank of America Home Loans,    PO Box 15222,
                 Wilmington, DE 19886-5222
13495411       +EDI: BANKAMER.COM Apr 19 2017 00:48:00      Bank of America, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13413956        EDI: CAPITALONE.COM Apr 19 2017 00:48:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
13510475        EDI: BL-BECKET.COM Apr 19 2017 00:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13425027        EDI: DISCOVER.COM Apr 19 2017 00:48:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
13413957        EDI: DISCOVER.COM Apr 19 2017 00:48:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
13413958       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 19 2017 00:58:15      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13476471       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 19 2017 00:58:15      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13429888        EDI: RMSC.COM Apr 19 2017 00:48:00     GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,   Orlando FL 32896-0661
13413960       +EDI: RMSC.COM Apr 19 2017 00:48:00     GE Capital Retail Bank,    PO Box 985033,
                 Orlando, FL 32896-0001
13429889        EDI: RMSC.COM Apr 19 2017 00:48:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13413962       +EDI: RMSC.COM Apr 19 2017 00:48:00     JC Penney,    PO Box 981131,   El Paso, TX 79998-1131
13413964        EDI: CBSKOHLS.COM Apr 19 2017 00:48:00      Kohl's,   PO Box 2983,    Milwaukee, WI 53201-2983
13413965       +EDI: RMSC.COM Apr 19 2017 00:48:00     Lowe's,    PO Box 530914,    Atlanta, GA 30353-0914
13495217        EDI: PRA.COM Apr 19 2017 00:48:00     Portfolio Recovery Associates, LLC,     PO Box 12914,
                 Norfolk VA 23541
13624088       +EDI: PRA.COM Apr 19 2017 00:48:00     PRA Receivables Management, LLC,     POB 41067,
                 Norfolk, VA 23541-1067
13418806        EDI: RECOVERYCORP.COM Apr 19 2017 00:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13413971        EDI: SEARS.COM Apr 19 2017 00:48:00     Sears Credit Cards,    PO Box 183082,
                 Columbus, OH 43218-3082
13413973       +EDI: RMSC.COM Apr 19 2017 00:48:00     Walmart,    PO Box 530927,   Atlanta, GA 30353-0927
```

```
District/off: 0315-2               User: amaz                  Page 2 of 2                  Date Rcvd: Apr 18, 2017
                                   Form ID: 148                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13575761           EDI: ECAST.COM Apr 19 2017 00:48:00      eCAST Settlement Corporation,    POB 29262,
                    New York, NY 10087-9262
                                                                                                    TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A Successor By, et. al.
cr              LSF9 Master Participation Trust
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13693212*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                   TOTALS: 4, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
```
              Adam Hart Davis    on behalf of Creditor   Bank Of America, N.A Successor By, et. al.
               pawb@fedphe.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor   LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```