3:30 PM

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23373-GLT |
| | ) | |
| David P. Odorisio, | ) | Chapter 13 |
| Diane M. Odorisio, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ---------------------------------------- | ) | Related to Document No. 159 |
| David P. Odorisio, | ) | |
| Diane M. Odorisio | ) | |
| | ) | |
| Movants, | ) | **Hearing date and time:** |
| | ) | March 22, 2017 at 10:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

RECEIVED
2017 APR 18  A 10: 39
U.S. BANKRUPTCY COURT
CLERK
PITTSBURGH

## <u>ORDER</u>

AND NOW, this ___18th___ day of ___Aril___ 2017, it appearing that the above-captioned Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on June 29, 2012, and that Debtors have completed the terms of their confirmed Amended Chapter 13 Plan dated February 25, 2016, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.  Debtors are released from all debts provided for by the Plan or disallowed under Section 502, of title 11, United States Code, except any debt provided for under Section 1322(b)(5) or of the kind specified in Sections 523 of said title 11, unless otherwise previously ordered dischargeable by this Court.

2.  The discharge:

    (a) Voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtors with respect to any debt discharged under section 1328 of said title 11, whether or not discharge of such debt is waived;

    (b) Operates as an injunction against the commencement or continuation of any action, the employment of any process, or act, to collect, recover or offset any such debt as a personal liability of the debtors whether or not discharge of such debt is waived; and

1

(b) Operates as an injunction against the commencement or continuation of an action, the employment of process, or any act, to collect or recover from, or offset against the property of the debtors of the kind specified in section 541(a)(2) of said title 11 that is acquired after the commencement of the above entitled case, on account of any allowable community claim, except a community claim that is excepted from discharge under section 523 or 1328(c)(1) of said title 11, or that would be so excepted, determined in accordance with the provisions of sections 523(c) and 523(d) of said title 11, in a case concerning the debtor's spouse commenced on the date of the filing of the petition herein in the case concerning the debtors, whether or not discharge of the debt based on such community claim is waived.

3.  The Bankruptcy Clerk shall close the case within 15 days of the date of this Order.


BY THE COURT:

Dated:  **4/18/2017**

United States Bankruptcy Judge

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David P. Odorisio
Diane M. Odorisio
        Debtors

Case No. 12-23373-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Apr 18, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db/jdb          +David P. Odorisio,    Diane M. Odorisio,    725 Greenleaf Drive,    Monroeville, PA 15146-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
          Adam Hart Davis    on behalf of Creditor    Bank Of America, N.A Successor By, et. al.
           pawb@fedphe.com
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
           thomas.song@phelanhallinan.com
                                                                          TOTAL: 11