IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| David P. Odorisio | ) | Case No.: 12-23373 GLT |
| Diane M. Odorisio | ) | |
| Debtors | ) | Chapter 13 |
| _____ _____) | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 184 |
| Vs. | ) | |
| No Respondents | ) | |

TRUSTEE'S WITHDRAWAL OF MOTION FOR DISCHARGE OF DEBTORS AND
APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Motion for Discharge of Debtors and Approval of Trustee's Report of

Receipts and Disbursements that was filed in the above-referenced case on April 21, 2017

(document no. 184) is hereby WITHDRAWN.

Respectfully submitted,

4-25-2017                                    /s/ Ronda J. Winnecour
date                                         Ronda J. Winnecour (PA I.D. #30399)
                                             Attorney and Chapter 13 Trustee
                                             U.S. Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566
                                             cmecf@chapter13trusteewdpa.com