FILED
4/26/17 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| David P. Odorisio ) | Case No.: 12-23373 GLT |
| Diane M. Odorisio ) | |
|     Debtors ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Movant, ) | Related Document No. 184 and 185 |
|     Vs. ) | |
| No Respondents ) | |

### TRUSTEE'S WITHDRAWAL OF MOTION FOR DISCHARGE OF DEBTORS AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Motion for Discharge of Debtors and Approval of Trustee's Report of Receipts and Disbursements that was filed in the above-referenced case on April 21, 2017 (document no. 184) is hereby WITHDRAWN.

Respectfully submitted,

4-25-2017
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
April 26, 2017

_____
GREGORY L. TADDONIO   cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David P. Odorisio  
Diane M. Odorisio  
    Debtors

Case No. 12-23373-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Apr 26, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.  
db/jdb         +David P. Odorisio,   Diane M. Odorisio,   725 Greenleaf Drive,   Monroeville, PA 15146-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:

      Adam Hart Davis    on behalf of Creditor    Bank Of America, N.A Successor By, et. al.  
       pawb@fedphe.com  
      Andrew F Gornall    on behalf of Creditor     BANK OF AMERICA, N.A. agornall@goldbecklaw.com,  
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
       spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
       torney.com  
      Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille  
       spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat  
       torney.com  
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
      Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,  
       jbluemle@weltman.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
       rive.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust  
       thomas.song@phelanhallinan.com  
                                                                                       TOTAL: 11