**Fill in this information to identify the case:**

**Debtor 1** David P. Odorisio

**Debtor 2** Diane M. Odorisio
**(Spouse if filing)**

**United States Bankruptcy Court for the**: Western District of Pennsylvania
**Case number** 12-23373-GLT
**WWR #** 20731379

Official Form 4100R
**Response to Notice of Final Cure Payment**    **10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** LSF9 Master Participation Trust

**Last 4 digits of any number you use to identify the debtor's account:** 9278

**Property address**: 725 Greenleaf Drive
Monroeville, PA 15146

**Court claim no. (if known)**
10

### Part 2: Prepetition Default Payments

*Check one:*

☒ **Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**    $ ____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

  **The next postpetition payment from the debtor(s) is due on :    03/01/2017**

☐ **Creditor states that the debtor(s) are not current on all post petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

  Creditor assets that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:    **(a) $ ____**

  b. Total fees, charges, expenses, escrow and costs outstanding:    **+ (b) $ ____**

  c. Total. Add lines a and b.

  Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on:    / /    **(c) $ ____**

Form 4100R    Response to Notice of Final Cure Payment    page 1

### Part 4: Itemized Payment History

**If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:**

- all payments received;
- all fees, costs, escrow and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

**Check the appropriate box::**

☐ **I am the creditor**

☒ **I am the creditor's authorized agent.**

**I declare under penalty of perjury that the information provided in this response is true and correct To the best of my knowledge, information, and reasonable belief.**

**Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.**

| | | |
|---|---|---|
| **X** /s/ **Keri P. Ebeck**<br>Signature | | **Date** 05/08/2017 |
| **Print**         **Keri P. Ebeck** | | **Title** **Attorney For Creditor** |
| **Company**   **Weltman, Weinberg & Reis, Co., L.P. A** | | |
| **If different from the notice address listed on the proof of claim to which this response applies;** | | |
| **Address**     **436 Seventh Avenue, Suite 2500**<br>                **Pittsburgh, PA 15219** | | |
| **Contact phone**   **(412) 338-7102** | | **Email** **kebeck@weltman.com** |

# CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the preceding Response to Notice of Final Cure Payment was served 05/08/2017, by U.S. Mail (or Electronically as provided by local rules) on the parties whose names and address are listed below:

Brian C. Thompson, Attorney for Debtor
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

David P. Odorisio, Debtor
725 Greenleaf Drive
Monroeville, PA 15146

Office of the U. S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Diane M. Odorisio , Debtor
725 Greenleaf Drive
Monroeville, PA 15146

/S/Keri P. Ebck
Keri P. Ebeck, 91298
Attorney for Creditor
Weltman, Weinberg & Reis Co., LPA
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

## Audit Check List

**Notice of Final Cure**　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE:  5/1/2017

| | | | |
|---|---|---|---|
| Loan #: | [redacted] | Case # | 12-23373 |
| | | Filed Date | 6/29/2012 |
| | | Contractual Due Date | 3/1/2017 |
| NAME: | DAVID P ODORISIO & DIANE ODORISIO | Post-Petition Due Date | 3/1/2017 |
| | | Final Cure Filed Date | 4/17/2017 |
| ADDRESS: | 725 GREENLEAF DRIVE MONROEVILLE, PA 15146 | Final Cure Due Date | 5/2/2017 |
| | | Acquisition Date | 9/30/2014 |
| INVESTOR: | LSF9 MASTER PARTICIPATION TRUST | | |

### Pre-Petition/Notice of Post Petition Fees

| | |
|---|---|
| POC Filed Amount | $9,709.40 |
| Paid by Trustee POC | $0.00 |
| Filed SPOC/APOC Amount | $9,617.30 |
| Paid by Trustee SPOC/APOC | $9,617.30 |
| Notice of Post-Petition Fees | $0.00 |
| PPFN Paid by Trustee | $0.00 |
| | POC was amended |
| Total Due | $0.00 |

*If Total due above is less than $450 we will waive and AGREE on response

### Post-Petition

| | |
|---|---|
| Payment Amount Due | $2,968.41 |
| Fees Due | $0.00 |
| Other | $0.00 |
| Sub Total Due | $2,968.41 |
| Less Suspense Funds | $580.60 |
| Final Amount Due | $2,387.81 |

### Waivers (Associate <$500, Manager <$2500, AVP <$5,000, VP > $5,000)

| | |
|---|---|
| Late Fees | $0.00 |
| FC 164 | $0.00 |
| FC 165 | $0.00 |
| FC 40 | $399.00 |
| FC 36 | $148.50 |
| Other | $0.00 |
| Total | $547.50 |

### Write-offs (Associate <$500, Manager <$2500, AVP <$5,000, VP > $5,000)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow | $0.00 |
| Reason | N/A |
| Total | $0.00 |

| | |
|---|---|
| Agree/Agree | |
| Agree/Disagree | X |
| Disagree/Disagree | |
| As of Date | 5/1/2017 |

**Comments:** Loan is contractually due for 3/1/17, no adjustments will be needed. POC paid in full by TT. TPA Loan.

All payments from the trustee have been received and applied correctly. The NOFC states the trustee has cured the arrears filed in the POC and the ongoing monthly payments are in the responsibility of the debtor. 1 payment has been received since the last disbursement from the trustee was made and the loan is delinquent. Fee waivers are needed in order to waive fees that were not included in the POC. Since the pre-petition arrears have been cured by the trustee, but the ongoing mortgage payments have not been kept current, we will leave the account due for 3/1/17 and disagree to the NOFC.

Please disagree to NOFC as account is delinquent, due for 3/1/17, but agree to pre-petition as POC has been paid in full.

| | | | | |
|---|---|---|---|---|
| Submitted by: | Patrick Perez | | Approved by: | [signature] |
| Date: | 5/1/2017 | | Signature: | |
| | | | Date: | 5.1.17 |