**Form 600**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David P. Odorisio** | : | Case No. 12−23373−GLT |
| **Diane M. Odorisio** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda J. Winnecour | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 186 |
| v. | : | |
| No Respondents | : | Hearing Date: 7/12/17 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATES FOR RESPONSE
### AND HEARING ON MOTION

        *AND NOW*, this *12th day of May, 2017*, a *Motion for Discharge of Debtor Under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements,* having been filed at Doc. No. 186 by Ronda J. Winnecour, Chapter 13 Trustee,

        It is hereby *ORDERED, ADJUDGED and DECREED* that:

        (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall *IMMEDIATELY* serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service. Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.*

        (2)   *On or before June 26, 2017*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

        (3)   This *Motion* is scheduled for a non−evidentiary hearing on *July 12, 2017* at *11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

        (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. *To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.* In the event a default order has been entered, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

        (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on the Clerk's Mailing List

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23373-GLT
David P. Odorisio                                                     Chapter 13
Diane M. Odorisio
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: ctak          Page 1 of 2          Date Rcvd: May 12, 2017
                           Form ID: 600         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.

```
db/jdb      +David P. Odorisio,   Diane M. Odorisio,   725 Greenleaf Drive,   Monroeville, PA 15146-1133
cr           Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
13413954    +AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
13446441    +AES/PHEAA,   PO BOX 8183,   HARRISBURG PA 17105-8183
13454729    +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
13413955    +Bank of America Home Loans,   PO Box 15222,   Wilmington, DE 19886-5222
13495411    +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
13509640    +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13413961    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Home Depot Credit Services,   Processing Center,
            Des Moines, IA 50364-0500)
13970275    +COLLEGE LOAN CORPORATION On behalf of MHEAC,   d/b/a ASA,   c/o Keith Coburn,   MHEAC d/b/a ASA,
            100 Cambridge Street, Suite 1600,   Boston, MA 02114-2518
13413956     Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13510475     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13512063     CitiFinancial, Inc.,   P.O. Box 6042,   Sioux Fall, SD 57117-6042
13534921     ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13413959    +Francis S. Hallinan, Esquire,   1617 JKF Blvd., Ste 1400,   One Penn Center Plaza,
            Philadelphia, PA 19103-1823
14084304    +Gateway School District (Municipality of Monroevil,   Keystone Collections Group,
            c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,   Irwin, PA 15642-7539
13413963    +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
13970356    +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
            Oklahoma City, OK 73134-2500
13413966    +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
13413967    +Monroeville Tax Office,   2700 Monroeville Blvd.,   Monroeville, PA 15146-2388
14084303    +Municipality of Monroeville,   Keystone Collections Group,   c/o Kratzenberg & Lazzaro,
            546 Wendel Rd.,   Irwin, PA 15642-7539
13413968    +Nissan Motor Acceptance,   8900 Freeport Pkwy.,   Irving, TX 75063-2441
13417180     Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
13413969    +OneMain Financial,   Bankruptcy Dept.,   PO Box 140069,   Irving, TX 75014-0069
13413970    +Peoples Natural Gas,   PO Box 26784,   Richmond, VA 23261-6784
13413971     Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
13694518     United States Department of Education,   Claims Filing Unit,   P O Box 8973,
            Madison, WI  53708-8973
13413972    +Verizon,   PO Box 371355,   Pittsburgh, PA 15250-7355
13575761     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com May 13 2017 00:30:57
            Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
            Miami, FL  33131-1605
13443930     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2017 00:31:03
            American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
            Oklahoma City, OK  73124-8848
13425027     E-mail/Text: mrdiscen@discover.com May 13 2017 00:33:32      Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13413957     E-mail/Text: mrdiscen@discover.com May 13 2017 00:33:32      Discover Card,   PO Box 71084,
            Charlotte, NC 28272-1084
13413958    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 13 2017 00:34:27      Duquesne Light Company,
            411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13476471    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 13 2017 00:34:27      Duquesne Light Company,
            c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
            Pittsburgh, PA 15219-1908
13429888     E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:31:01      GE Capital Retail Bank,
            Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13413960    +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:30:55      GE Capital Retail Bank,
            PO Box 985033,   Orlando, FL 32896-0001
13429889     E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:30:48      GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13413962    +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:30:48      JC Penney,   PO Box 981131,
            El Paso, TX 79998-1131
13413964     E-mail/Text: bnckohlsnotices@becket-lee.com May 13 2017 00:33:35      Kohl's,   PO Box 2983,
            Milwaukee, WI 53201-2983
13413965    +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:31:01      Lowe's,   PO Box 530914,
            Atlanta, GA 30353-0914
13495217     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2017 00:30:58
            Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13624088    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2017 00:31:03
            PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13418806     E-mail/PDF: rmscedi@recoverycorp.com May 13 2017 00:30:56
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
```

District/off: 0315-2          User: ctak           Page 2 of 2            Date Rcvd: May 12, 2017
                             Form ID: 600          Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13413973        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 00:30:55        Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                    TOTAL: 16

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                BANK OF AMERICA, N.A.
cr                Bank Of America, N.A Successor By, et. al.
cr                LSF9 Master Participation Trust
cr*             +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13693212*        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                     TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              Adam Hart Davis    on behalf of Creditor    Bank Of America, N.A Successor By, et. al.
               pawb@fedphe.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                     TOTAL: 11