**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID P. ODORISIO
    DIANE M. ODORISIO
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:12-23373 GLT

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b)**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case.  The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's  office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final  Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

/s/  Ronda J. Winnecour

4/25/2017

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/29/2012  and confirmed on 8/17/12 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 80,567.84 |
| Less Refunds to Debtor | 96.27 | |
| TOTAL AMOUNT OF PLAN FUND | | 80,471.57 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 10,881.12 | |
| Trustee Fee | 2,975.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,856.57 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 56,997.70 | 0.00 | 56,997.70 |
| Acct: 9278 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 9,617.30 | 9,617.30 | 0.00 | 9,617.30 |
| Acct: 9278 | | | | |
| | | | | 66,615.00 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID P. ODORISIO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID P. ODORISIO | 96.27 | 96.27 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,900.00 | 2,900.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,090.82 | 4,090.82 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX0-15 | | | | |
| THOMPSON LAW GROUP PC | 3,890.30 | 3,890.30 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX8-16 | | | | |
| MUNICIPALITY OF MONROEVILLE (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9-11 | | | | |
| GATEWAY SD (MONROEVILLE) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9-11 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 8,984.84 | 0.00 | 0.00 | 0.00 |
| Acct: 7511 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 8,214.11 | 0.00 | 0.00 | 0.00 |
| Acct: 8109 | | | | |
| DISCOVER BANK(*) | 5,891.78 | 0.00 | 0.00 | 0.00 |
| Acct: 5887 | | | | |
| DUQUESNE LIGHT COMPANY* | 72.94 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| ECAST SETTLEMENT CORP | 2,292.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |

12-23373 GLT          **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**          Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0425 | 1,761.27 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 2542 | 1,317.04 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 2862 | 2,291.61 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5148 | 1,469.41 | 0.00 | 0.00 | 0.00 |
| MONROEVILLE WTR/SWG AUTHORITY<br>Acct: X2417 | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MONROEVILLE (EIT)<br>Acct: XXXXX5-06 | 0.00 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP<br>Acct: XX7362 | 3,171.49 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*)<br>Acct: XXXXXXX2836 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: XXXXXXX0105 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5072 | 2,649.90 | 0.00 | 0.00 | 0.00 |
| VERIZON(*)++<br>Acct: 1272 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1931 | 287.47 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOF<br>Acct: 9900 | 94.84 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 7511 | 21,294.82 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)<br>Acct: 4700 | 4,006.85 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION**<br>Acct: 7511 | 10,283.30 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 7511 | 19,385.69 | 0.00 | 0.00 | 0.00 |
| ADAM H DAVIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: 0256 | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                    66,615.00

TOTAL CLAIMED
PRIORITY               0.00
SECURED            9,617.30
UNSECURED         93,470.15


Date: 04/25/2017                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID P. ODORISIO
    DIANE M. ODORISIO
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-23373 GLT
Chapter 13

Document #_____

## ORDER OF COURT

AND NOW,  this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1)    Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2)    Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3)    To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4)     After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23373-GLT
David P. Odorisio                                                   Chapter 13
Diane M. Odorisio
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak          Page 1 of 2          Date Rcvd: Jul 10, 2017
                             Form ID: pdf900      Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
```
db/jdb          +David P. Odorisio,   Diane M. Odorisio,   725 Greenleaf Drive,   Monroeville, PA 15146-1133
cr               Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
13413954        +AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
13446441        +AES/PHEAA,   PO BOX 8183,   HARRISBURG PA 17105-8183
13454729        +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
13413955        +Bank of America Home Loans,   PO Box 15222,   Wilmington, DE 19886-5222
13495411        +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
13509640        +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13413961        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,   Processing Center,
                 Des Moines, IA 50364-0500)
13970275        +COLLEGE LOAN CORPORATION On behalf of MHEAC,   d/b/a ASA,   c/o Keith Coburn,   MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,   Boston, MA 02114-2518
13413956         Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
13510475         Capital One, N.A.,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13512063         CitiFinancial, Inc.,   P.O. Box 6042,   Sioux Fall, SD 57117-6042
13534921         ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13413959        +Francis S. Hallinan, Esquire,   1617 JKF Blvd., Ste 1400,   One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
14084304        +Gateway School District (Municipality of Monroevil,   Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,   Irwin, PA 15642-7539
13413963        +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
13970356        +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13413966        +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
13413967        +Monroeville Tax Office,   2700 Monroeville Blvd.,   Monroeville, PA 15146-2388
14084303        +Municipality of Monroeville,   Keystone Collections Group,   c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,   Irwin, PA 15642-7539
13413968        +Nissan Motor Acceptance,   8900 Freeport Pkwy.,   Irving, TX 75063-2441
13417180         Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
13413969        +OneMain Financial,   Bankruptcy Dept.,   PO Box 140069,   Irving, TX 75014-0069
13413970        +Peoples Natural Gas,   PO Box 26784,   Richmond, VA 23261-6784
13413971         Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
13694518         United States Department of Education,   Claims Filing Unit,   P O Box 8973,
                 Madison, WI  53708-8973
13413972        +Verizon,   PO Box 371355,   Pittsburgh, PA 15250-7355
13575761         eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com Jul 11 2017 01:32:37
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13443930         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2017 01:38:21
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
13425027         E-mail/Text: mrdiscen@discover.com Jul 11 2017 01:35:48     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13413957         E-mail/Text: mrdiscen@discover.com Jul 11 2017 01:35:48     Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
13413958        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 11 2017 01:36:51     Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13476471        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 11 2017 01:36:51     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13429888         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:21     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13413960        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:21     GE Capital Retail Bank,
                 PO Box 985033,   Orlando, FL 32896-0001
13429889         E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:36     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13413962        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:36     JC Penney,   PO Box 981131,
                 El Paso, TX 79998-1131
13413964         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 11 2017 01:35:52     Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
13413965        +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:36     Lowe's,   PO Box 530914,
                 Atlanta, GA 30353-0914
13495217         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 01:50:29
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13624088        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 01:38:23
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13418806         E-mail/PDF: rmscedi@recoverycorp.com Jul 11 2017 01:32:52
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0315-2          User: ctak            Page 2 of 2            Date Rcvd: Jul 10, 2017
                              Form ID: pdf900       Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13413973      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 01:32:50      Walmart,   PO Box 530927,
               Atlanta, GA 30353-0927
                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             BANK OF AMERICA, N.A.
cr             Bank Of America, N.A Successor By, et. al.
cr             LSF9 Master Participation Trust
cr*           +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*           +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13693212*      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
                                                                  TOTALS: 4, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
```
              Adam Hart Davis    on behalf of Creditor    Bank Of America, N.A Successor By, et. al.
               pawb@fedphe.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Diane M. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor David P. Odorisio bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                              TOTAL: 11
```